UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY HOLCROFT, ET AL., <br> Plaintiff(s), <br> v. <br> PACIFIC GAS AND ELECTRIC COMPANY, ET AL., <br> Defendant(s). | Case No. EDCV 16-1622-DMG (KK) <br><br> **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge.

On June 28, 2018, Plaintiffs filed Objections to the Report and Recommendation attaching various unauthenticated exhibits. Dkt. 162. On July 9, 2018, Plaintiffs filed an Addendum to their Objections. Dkt. 167. On July 23, 2018, Defendant filed a Response to Plaintiffs' Objections. Dkt. 169.

The Court has engaged in de novo review of those portions of the Report to which Plaintiffs have objected. The Court finds the exhibits attached to the Objections do not support Plaintiffs' Opposition to summary judgment because they are (a) either untimely or duplicative of Plaintiffs' submissions in support of their Opposition to Defendant's Motion for Summary Judgment, (b) inadmissible

lay opinion, and (c) fail to establish causation even if considered on the merits. Therefore, the Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that (1) Defendant's Motion for Summary Judgment is GRANTED; and (2) Judgment shall be entered DISMISSING this action with prejudice.

Dated: October 19, 2018

HONORABLE DOLLY M. GEE
United States District Judge